


# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

DEC 0 9 2009

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Criminal No. H-09-666 |
| MICHAEL D. KIM<br>Defendant | § § § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### CONSPIRACY TO UNLAWFULLY
### DISTRIBUTE AND DISPENSE CONTROLLED SUBSTANCES
### (21 U.S.C. § 841(a)(1) AND 846)

From in or about January 2005 to in or about July 2008, in the Houston Division of the Southern District of Texas, and elsewhere,

### MICHAEL KIM,

defendant herein, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree to unlawfully dispense and distribute, outside the scope of professional practice and

not for a legitimate medical purpose, in excess of 1,766,517 dosage units of hydrocodone, a Schedule III controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1); 841(b)(1)(D) and 846.**

                            TIM JOHNSON
                            UNITED STATES ATTORNEY

By: _____
       Albert A. Balboni
       Assistant United States Attorney